# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JESSE KENNETH LEE (#390352)

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

24-437-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Scott D. Johnson dated April 3, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that pursuant to 28 U.S.C. §§ 1915(e) and 1915A, all of Plaintiff's claims are dismissed with prejudice, except for Plaintiff's deliberate indifference claim asserted against Defendants Ramsey and Smith in their individual capacities. This matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on this 8 day of May, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 10.